CSD 2013 [08/22/03]
Name, Address, Telephone No. & I.D. No.

Thomas H. Billingslea, Jr., Chapter 13 Trustee
Jenny Judith Ha [SBN 231476] Staff Attorney
530 B Street, Suite 1500
San Diego CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)

Office of Chapter 13 Trustee

Order Entered on
April 13, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**CHERYL A. DYE**
**CHARLES T. DYE**

Debtor.

BANKRUPTCY NO. 04-09141-LA13

## ORDER ON NONCONTESTED MOTION DISMISSING CHAPTER 13 CASE

The undersigned Chapter 13 Trustee having filed and duly served a Motion to Dismiss Case with Right to Request a Hearing (Notice Docket Entry No. __37__) for the reason indicated below:

[X] Material breach in that Debtor(s) failed to make plan payments to the Trustee (either monthly or lump sum payments) pursuant to such plan; or

[ ] Material breach other than missed payments in that Debtor(s) failed to comply with provisions in their confirmed plan and/or have failed to provide requested information pursuant to United States Trustee guidelines for business cases; or

[ ] Failure to fully complete plan payments on or before five (5) years from commencement of this case.

No opposition or Request for Hearing having been filed within the time provided.

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The above-entitled case is dismissed without prejudice as to the above-named debtor only.

2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.

3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply.

DATED: April 13, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Thomas H. Billingslea, Jr.
Chapter 13 Trustee

By: /s/ Jenny Judith Ha
Staff Attorney Chapter 13 Trustee

CSD 2013